**FEDERAL PUBLIC PROSECUTOR'S OFFICE**
**ATTORNEY'S OFFICE OF THE REPUBLIC IN THE STATE OF PARANÁ**
**TASK FORCE**

**MLAT number 26/2007-FT-CC5**

**1. To:** United States Department of Justice

**2. From:** National Bureau of Justice of the Ministry of Justice of Brazil.

**3. Regarding:** Request for legal assistance in a criminal matter, namely, for the obtainment of the bank documents of two accounts; one at the Delta National Bank & Trust of Florida – MIA (ABA 0660-1276-0) and the other at the First Boston (ABA 011000390).

**4. References:** Merchants Case - Beverly Hills *Offshore* company - Rubens Tadeu Wendler Riglione and Marisa Gonçalves - ROBERTO EGREJA.

**5. Summary:** Investigation referring to ROBERTO EGREJA (Brazilian, married, ID number 66403716-SSP/SP, Taxpayer's Registration Number 107.312.478-92, born November 20, 1962, in São Paulo - SP); Criminal Case number 2007.70.00.003959-4. Authorities in charge of the investigation: Orlando Martello Jr. (orlandomj@prpr.mpf.gov.br), Deltan Martinazzo Dallagnol (deltan@prpr.mpf.gov.br), Elena Urbanavicius Marques (elena@prpr.mpf.gov.br). Investigated infractions: money laundering, financial and tax crimes.

**6. Facts and evidence:** Rubens Tadeu Wendler Riglione has been criminally charged before the 2nd Federal Criminal Court of Curitiba with committing financial and fiscal crimes as well as money laundering; has been collaborating with Brazilian officials in an effort to identify the various illegal operations that he performed through the bank account BEVERLY HILLS number 9-006708, opened at Merchant Bank of New York, now Valley National Bank.

In the present case, RIGLIONE has revealed that he engaged in illegal activity with ROBERTO EGREJA, who is the holder of the account that is the subject of this MLAT. In order to verify Riglione's testimony, the Technical Information Unit of the Attorney's Office of the Republic in the State of Paraná conducted a search of the databases of foreign financial activity and verified that part of the amount illicitly sent from the BEVERLY HILLS account

FEDERAL PUBLIC PROSECUTOR'S OFFICE
ATTORNEY'S OFFICE OF THE REPUBLIC IN THE STATE OF PARANÁ
TASK FORCE

has been deposited in accounts number 601134 (MALAWI) and number 55030865 (MALAWI COMPANY LTD.), held at the Delta National Bank & Trust of Florida – MIA (ABA 0660-1276-0) and at First Boston (ABA 011000390) respectively. All evidence indicates that ROBERTO EGREJA controlled these accounts, and that he may have used them to perform financial transactions abroad.

Thus, it is possible that the funds illicitly sent through the BEVERLY HILLS account in the Merchants Bank may have been either sent through or deposited in the accounts of ROBERTO EGREJA, or that said accounts may have even been used to drain foreign currency from Brazil, and/or engage in tax evasion and money laundering.

In order to continue the investigations and to determine criminal liability due to the commission of such crimes, it is necessary that the Brazilian authorities have access to the banking documents pertaining to ROBERTO EGREJA's accounts, which are the subject of this MLAT.

**7. Transcription of the legal provisions:**

**LAW NUMBER 7492/86**

**(defines crimes against the National Financial System)**

*Article 4 - Fraudulently managing a financial institution:*

***Sentence: three (3) to twelve (12) years of incarceration, and fine.***

*Article 16 - Conducting business, without the proper authorization, or with authorization obtained through false statement, of a financial institution, also of securities distribution or exchange:*

***Sentence: one (1) to four (4) years of incarceration, and fine.***

*Article 22 – Carrying out unauthorized exchange transactions in order to drain foreign currency from the country.*

**FEDERAL PUBLIC PROSECUTOR'S OFFICE**
**ATTORNEY'S OFFICE OF THE REPUBLIC IN THE STATE OF PARANÁ**
**TASK FORCE**

*Sentence – two (2) to six (6) years of incarceration, and fine.*

***Sole paragraph:*** *Incurring the same sentence are those who, for any reason, promote, without legal authorization, the exit of currency or exchange values to foreign countries, or keep, in foreign countries, deposits that are not stated to the appropriate federal agency.*

**LAW NUMBER 9613/98**

**(delineates money laundering crimes)**

***Article 1 - Concealing or disguising the nature, origin, location, disposition, movement or ownership of goods, rights or securities arising, directly or indirectly, from crime:***

*(...)*

*VI - against the national financial system;*

*VII – committed by criminal organization;*

*(...)*

*Sentence: three (3) to ten (10) years of incarceration, and fine.*

**8. Description of the Requested Assistance:** Copies of bank documents pertaining to accounts number 601134 (MALAWI) and number 55030865 (MALAWI COMPANY LTD.), held at the Delta National Bank & Trust of Florida – MIA (ABA 0660-1276-0) and at First

**FEDERAL PUBLIC PROSECUTOR'S OFFICE**
**ATTORNEY'S OFFICE OF THE REPUBLIC IN THE STATE OF PARANÁ**
**TASK FORCE**

Boston (ABA 011000390) respectively, possibly with activities ordered by ROBERTO EGREJA, with remittance of the following:

a) account opening documents of the aforementioned accounts, possible record alterations, forms filled out by the customers; and

b) documents (in magnetic medium) of the activities of those accounts in the period from January 1, 1998, until the date of the receipt of this MLAT, with the sending of bank statements, any possible transfer orders (wire transfers) sent by the customer, and any existing documents that may identify the origin and the destination of any and all financial transactions.

**9. Objective of the Request:** To obtain evidence to support Criminal Case number 2007.70.00.003959-4 in procedural progress before the Court of the 2nd Federal Criminal Court of Curitiba, which investigates the crimes of money laundering, crimes against the National Financial System, and tax crimes, as well as the investigations of infractions related to money laundering of interest to the Brazilian Public Prosecutor's Office.

**10. Basis of cooperation:** Mutual Legal Assistance Treaty in Criminal Matters (MLAT), signed by Brazil and the United States on October 14, 1997.

**11. Procedures to abide by:** It is very important that the financial activity of the account be obtained and sent in magnetic medium, an EXCELL or ACCESS file, if possible, as a hardcopy makes the expert examination of the account and identification of its main relationships very difficult, if not impossible.

Curitiba, September 19, 2007

**Deltan Martinazzo Dallagnol**
Federal Prosecutor

**Elena Urbanavicius Marques**
Federal Prosecutor

*Downtown. Curitiba/PR. Zip Code: 80010-912.*
*Rua Marechal Deodoro, 630, 20th floor.Telephone +5541-3310.3200. Fax+55 41-3310.3213*